IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KARLA TERASINSKI, an Individual, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CV3237 |
| | ) | |
| v. | ) | |
| | ) | |
| JD ASSOCIATES, LLC, a Nebraska Limited Liability Company, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

1) Plaintiff's motion to withdraw, (filing no. 47), is granted.

2) Plaintiff's motion to compel, (filing no. 44), is withdrawn.

DATED this 13th day of July, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge