IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KARLA TERASINSKI, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10-cv-03237 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| JD ASSOCIATES, LLC, | ) | |
| a Nebraska Limited Liability Company, | ) | |
| | ) | |
| Defendant. | ) | |

The court has been advised that the parties in the above-captioned matter have settled their claims. Accordingly,

IT IS ORDERED:

(1) Within thirty (30) calendar days of the date of this order, the parties shall file a joint stipulation for dismissal (or other dispositive stipulation) with the clerk of the court.

(2) Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

July 14, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge